

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger with
Lawyers Title Insurance Corporation, Celine Hinojosa, Barclays Capital Real Estate Inc., d/b/a
HOMEQ, as Servicing Agent for Duetsche Bank National Trust Company,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

# O R D E R

The supplemental clerk's record requested by appellant has been filed. We order appellant, David Medrano, to file his brief by **September 17, 2015** (90 days after the brief was originally due). No further extensions of time will be granted. If the brief is not filed by the date ordered, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court